## No. 80SA74

**The People of the State of Colorado, In the Interest of T.F.B., a Child, and Concerning B.E.**

(610 P.2d 501)

Decided May 12, 1980.

J. E. Losavio, Jr., District Attorney, Stephen A. Jones, Deputy, for plaintiff-appellee.

J. Gregory Walta, State Public Defender, Stephanie H. Yukawa, Deputy, for respondent-appellant.

*En Banc.*

JUSTICE ERICKSON delivered the opinion of the Court.

This appeal involves factual and legal issues that are identical to those raised in *P.V. v. District Court,* 199 Colo. 357, 609 P.2d 110 (1980). In that case we held that a trial court conducting a juvenile proceeding is bound by the same statutory and constitutional speedy trial requirements that are applicable in adult proceedings. *See,* section 18-1-405(1), C.R.S. 1973 (now in 1978 Repl. Vol. 8); Crim.P. 48(b)(1); Colo. Const. Art. II, Sec. 3; U.S. Const. Art. VI.

Accordingly, we remand to the trial court to determine whether the charges against the appellant should be dismissed in accordance with our decision in *P.V. v. District Court*.

JUSTICE ROVIRA and JUSTICE LOHR dissent.